MANUEL MARTINEZ, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 119899.)

Submitted April 7, 2014; decided May 13, 2014

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the action within the meaning of the Constitution.

In the Matter of JAMES P. MURPHY, Appellant, v CITY OF NEW YORK, Respondent.

Submitted March 31, 2014; decided May 13, 2014

On the Court's own motion, appeal, insofar as taken from that part of the Appellate Division order dismissing an appeal from a decision of Supreme Court, dismissed, without costs, upon the ground that no appeal lies from an Appellate Division order dismissing an appeal from a decision (*see* CPLR 5601; *Matter of Mixon v Clark*, 3 NY3d 688 [2004]); appeal otherwise dismissed, without costs, upon the ground that the remainder of the Appellate Division order does not finally determine the proceeding within the meaning of the Constitution. Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order dismissing an appeal from a decision of Supreme Court, dismissed upon the ground that no motion for leave to appeal lies from an Appellate Division order dismissing an appeal from a decision (*see* CPLR 5602; *Matter of Mixon v Clark*, 3 NY3d 688 [2004]); motion, insofar as it seeks leave to appeal from the remainder of the Appellate Division order, dismissed upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitution.

CHRISTOPHER PEAT, Respondent, v FORDHAM HILL OWNERS CORPORATION, Appellant, and FORDHAM HILL LEASING COMPANY, Respondent, et al., Defendants. (And Third-Party Actions.)

Submitted April 14, 2014; decided May 13, 2014

Motion by DRI—The Voice of the Defense Bar for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

CHRISTOPHER PEAT, Respondent, v FORDHAM HILL OWNERS CORPORATION, Appellant, and FORDHAM HILL LEASING COMPANY, Respondent, et al., Defendants. (And Third-Party Actions.)

Submitted April 14, 2014; decided May 13, 2014

Motion by the Defense Association of New York, Inc. for leave to file an affirmation amicus curiae on the motion for leave to appeal herein granted and the affirmation is accepted as filed.

CHRISTOPHER PEAT, Respondent, v FORDHAM HILL OWNERS CORPORATION, Appellant, and FORDHAM HILL LEASING COMPANY, Respondent, et al., Defendants. (And Third-Party Actions.)

Submitted April 14, 2014; decided May 13, 2014

Motion by Law Reform Alliance of New York et al. for leave to file a brief amici curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT JONES, Appellant, v DANIEL F. MARTUSCELLO, as Superintendent of Coxsackie Correctional Facility, Respondent.

Submitted April 14, 2014; decided May 13, 2014

On the Court's own motion, appeal, insofar as taken from the November 2013 Appellate Division order, dismissed, without costs, upon the ground that no substantial constitutional question is directly involved; appeal, insofar as taken from the February 2014 Appellate Division order, dismissed, without costs, upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.